UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tamara Agee-Acosta,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston; Acosta, Inc. Long-Term Disability Plan,<br><br>Defendants. | Case No.: 2:24-cv-02095-SMM<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Acosta, Inc. Long-Term Disability Plan Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Acosta, Inc. Long-Term Disability Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

DATED this ___ day of ____________ 2024.