**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Tamara Agee-Acosta,

Plaintiff,

vs.

The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston; Acosta, Inc. Long-Term Disability Plan,

Defendants.

Case No. 2:24-cv-02095-SMM

**JOINT STIPULATION REGARDING DEADLINE FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(First Request)**

The parties hereby stipulate to set a deadline of October 11, 2024, for Defendant The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston to respond to Plaintiff's Complaint.

This extension is necessary because additional time is required to obtain the necessary documentation for Defendant The Lincoln National Life Insurance Company to respond to the Complaint.

RESPECTFULLY SUBMITTED this 11th day of September 2024.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant The Lincoln National Life Insurance Company

***AND***

By: /s/ Lisa Counters
Lisa Counters, 016436
**SCHIFFMAN LAW OFFICE**
4506 N. 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Email: Lisa@Schiffmanlaw.com
Attorneys for Plaintiff Tamara Agee-Acosta

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2024, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lisa Counters, 016436
SCHIFFMAN LAW OFFICE
Email: Lisa@Schiffmanlaw.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.