UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tamara Agee-Acosta,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston; Acosta, Inc. Long-Term Disability Plan,<br><br>Defendants. | Case No. 2:24-cv-02095-SMM<br><br>**[PROPOSED] ORDER** |

Pursuant to the Parties' Joint Stipulation Regarding Deadline for Defendant The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston to Respond to Plaintiff's Complaint, and good cause appearing,

IT IS ORDERED that Defendant The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston shall have until October 11, 2024 to respond to Plaintiff's Complaint.