**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tamara Agee-Acosta,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-24-02095-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal of Defendant Acosta, Inc. Long-Term Disability Plan Without Prejudice. (Doc. 6). Defendant Acosta, Inc. Long-Term Disability Plan has not filed an Answer to Plaintiff's Complaint.

For good cause shown in the Stipulation,

**IT IS ORDERED** approving the Stipulation (Doc. 6) and dismissing this action as to <u>Defendant Acosta, Inc. Long-Term Disability Plan only</u>, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendant Acosta, Inc. Long-Term Disability Plan.

Dated this 13th day of September, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge