**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Tamara Agee-Acosta,

Plaintiff,

v.

Lincoln National Life Insurance Company, et al.,

Defendants.

No. CV-24-02095-PHX-SMM

**ORDER**

Pending before the Court is parties Stipulation for Extension of Time to Answer Complaint. (Doc. 7). The request is made to allow additional time for Defendant The Lincoln National Life Insurance Company to obtain the necessary documentation to respond to the complaint. For good cause shown,

**IT IS ORDERED granting** the Stipulation. (Doc. 7).

**IT IS FURTHER ORDERED allowing** Defendant up to and including October 11, 2024 to file an answer or otherwise respond to Plaintiff's complaint.

Dated this 13th day of September, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge