**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tamara Agee-Acosta,<br>Plaintiff,<br>v.<br>Lincoln National Life Insurance Company,<br>Defendant. | No. CV-24-02095-PHX-SMM<br>**ORDER** |

Pending before the Court is the parties' Joint Stipulation Regarding Deadline for Defendant to Respond to Plaintiff's Complaint. (Doc. 10). The request is made to allow parties to further discuss a potential settlement.

For good cause shown,

**IT IS ORDERED granting** the Stipulation. (Doc. 10).

**IT IS FURTHER ORDERED allowing** Defendant up to and including November 11, 2024 to file an answer or otherwise respond to Plaintiff's complaint.

Dated this 15th day of October, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge