**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Tamara Agee-Acosta,

Plaintiff,

vs.

The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston,

Defendant.

Case No. 2:24-cv-02095-SMM

**NOTICE OF SETTLEMENT**

Plaintiff Tamara Agee-Acost ("Plaintiff") and Defendant The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston ("Defendants") submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. The Parties anticipate filing closing papers with the Court within the next 30 days.

RESPECTFULLY SUBMITTED this 1st day of November 2024.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant

***AND***

By: /s/ Lisa Counters

Lisa Counters, 016436
SCHIFFMAN LAW OFFICE
4506 N. 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Email: Lisa@Schiffmanlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lisa Counters, 016436
SCHIFFMAN LAW OFFICE
Email: Lisa@Schiffmanlaw.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.