**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tamara Agee-Acosta,<br>Plaintiff,<br>v.<br>Lincoln National Life Insurance Company,<br>Defendant. | No. CV-24-02095-PHX-SMM<br>**ORDER** |

Before the Court is the parties Notice of Settlement (Doc. 14), filed on November 1, 2024.

Accordingly,

**IT IS FURTHER ORDERED** that a Stipulation to Dismiss shall be filed on or before December 20, 2024. If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a status report on that date.

Dated this 18th day of November, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge