Admitted Pro Hac Vice
Iwana Rademaekers (TX Bar No. 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Tel: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Attorneys for Defendant*

Lisa Counters, 016436
SCHIFFMAN LAW OFFICE
4506 N. 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Email: Lisa@Schiffmanlaw.com
*Attorneys for Plaintiff*

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tamara Agee-Acosta,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston<br><br>Defendant. | Case No. 2:24-cv-02095-SMM<br><br>**STIPULATION OF DIMISSAL WITH PREJUDICE** |

Plaintiff Tamara Agee-Acosta ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 23rd day of December 2024.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant The Lincoln National Life Insurance Company

- AND -

By: /s/ Lisa Counters
Lisa Counters, 016436
Attorney for Plaintiff Tamara Agee-Acosta