UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tamara Agee-Acosta,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston,<br><br>Defendant. | Case No.: 2:24-cv-02095-SMM<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice. Each side will bear its own attorney's fees and costs.