**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tamara Agee-Acosta,<br>Plaintiff,<br>v.<br>Lincoln National Life Insurance Company,<br>Defendant. | No. CV-24-02095-PHX-SMM<br>**ORDER** |

Pending before the Court is the parties' Stipulation to Dismiss with Prejudice filed on December 23, 2024. (Doc. 16). For good cause shown in the Stipulation,

**IT IS ORDERED** approving the Stipulation (Doc. 16) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 23rd day of December, 2024.

Stephen M. McNamee
Senior United States District Judge